# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Palama . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CAAP–12–     12/11/2015    Affirmed
0000434

District Council 50 of Intern. Union of Painters and
     Allied Trades v. Awakuni Colon . . . . . . . . . . . . . . . . . . CAAP–14–     12/21/2015    Affirmed
0001336

Kawakami v. Kahala Hotel Investors, LLC . . . . . . . . . . . CAAP–11–     12/23/2015    Affirmed
0000594

Tamman v. Tamman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CAAP–13–     12/31/2015    Affirmed
0000109